912 F.2d 1423
 Roscoe ROBINSON, et al., Plaintiffs-Appellants,
v.
HARBERT INTERNATIONAL, INC., et al., Defendants-Appellees.
 No. 90-7026
Non-Argument Calendar.
 United States Court of Appeals,
Eleventh Circuit.
 Sept. 27, 1990.
 
 J. Scott Vowell, Birmingham, Ala., for plaintiffs-appellants.
 L. Graves, Stiff, III, Thomas L. Selden, Starnes & Atchison, Birmingham, Ala., for defendants-appellees.
 Appeal from the United States District Court for the Northern District of Alabama.
 Before FAY, HATCHETT and EDMONDSON, Circuit Judges.
 PER CURIAM:
 
 
 1
 The judgment is AFFIRMED based upon the Memorandum Opinion entered by the district court on December 8, 1989, and reported at 743 F.Supp. 797.